KING COLE ICE CREAM CORPORATION, Respondent, *v.* DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., Appellant.— Order modified by striking out subdivision (d) of the sixth ordering paragraph and as modified affirmed, without costs of this appeal to either party, on the ground that subdivision (d) is too general and vague and the information therein sought is available under other ordering paragraphs contained in the order of examination. All concur, Piper, J., not voting. (Appeal from an order of Oneida Special Term, granting plaintiff's motion for examination of defendant before trial.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

ANTHONY J. VITTI, Respondent, v. HOWARD P. CASE et al., Appellants.— Order reversed on the facts and as a matter of discretion, with $10 costs and disbursements, and motion granted, with $10 costs. Memorandum: Eliminating from consideration the convenience of witnesses who are plaintiff's employees, and his expert witnesses, there is no preponderance of witnesses for either party. Under such circumstances, the controlling factor is that the cause of action arose in Genesee County. (See *Gruber* v. *Alpert*, 257 App. Div. 1007, and *Wilson* v. *Winco Estates*, 266 App. Div. 795.) All concur. (Appeal from an order of Seneca Special Term, denying defendants' motion for change of place of trial from Seneca County to Genesee County.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.

In the Matter of WILLIAM McKINLEY, Respondent, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles of the State of New York, Appellant.— Order of Special Term reversed on the law, without costs and determination of the respondent-appellant confirmed. Memorandum: The record shows that the petitioner-respondent was duly advised and instructed by the Magistrate in accordance with section 335-a of the Code of Criminal Procedure. (*Matter of Eckerson* v. *Macduff*, 284 App. Div. 56.) All concur. (Appeal from an order of Onondaga Special Term, declaring void orders of the Commissioner of Motor Vehicles which revoked petitioner's operator's licenses and suspended his certificates of registration, and ordering restoration of petitioner's driver's license.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.